UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
                                                   :

ALFONSO GARCIA,                       :        **24 Civ. 5260 (DEH) (GS)**

                    Plaintiff,           :        **ORDER**

          - against -               :

J&L CONSTRUCTION LLC and LUCY     :
SANCHEZ,

                   Defendants.      :
-------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This diversity breach of contract action was initiated by Plaintiff on July 11, 2024. (Dkt. No. 1). On September 5, 2024, Plaintiff filed affidavits of service of the summons and complaint as both Defendants. (Dkt. Nos. 10 & 11). Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Plaintiff is directed to inform the Court by letter as to the status of this matter by **Friday, October 11, 2024**. Plaintiff's letter shall state whether Plaintiff believes service has been properly effectuated on both Defendants and, if so, whether he intends to move for a default judgment and by when. If Plaintiff is still attempting service, he must do so within the 90-day time period provided under Fed. R. Civ. P. 4(m).

      **SO ORDERED.**

Dated:      New York, New York
              October 4, 2024

                                                    _____
                                                      GARY STEIN
                                                      United States Magistrate Judge