UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alfonso Garcia,<br><br>                  Plaintiff,<br><br>    v.<br><br>J&L Construction LLC et al.,<br><br>                  Defendants. | 24-CV-5260 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    On October 25, 2024, Plaintiff filed his First Amended Complaint. ECF No. 19. On November 25, 2024, Plaintiff filed proof of service as to Defendants Lucy Sanchez and J&L Construction LLC. ECF Nos. 24 & 25. To date, Defendants have not appeared.

    It is hereby ORDERED that Plaintiff shall file a letter on ECF by January 31, 2025, describing any communication it has had with Defendants and describing its efforts to provide Defendants with actual notice of this lawsuit.

    SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                                      DALE E. HO
                                                      United States District Judge