UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alfonso Garcia, <br><br>       Plaintiff, <br><br>    v. <br><br> J&L Construction LLC et al., <br><br>       Defendant. | 24-CV-5260 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On **January 17, 2025**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 34.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **February 17, 2025**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **February 19, 2025**, at **11:00 A.M. EST**, why an order should not be issued granting a default judgment against Defendants. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 556 067 46, followed by the pound (#) key.

It is further ORDERED that Plaintiff serve Defendants via overnight courier with a copy of this Order by **within one business day**. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: February 4, 2025
   New York, New York

                           DALE E. HO
                          United States District Judge