UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALFONSO GARCIA,

                -against-

J&L CONSTRUCTION, LLC et., al.

                Defendants.

-------------------------------------------------------------------X

Case No. 1-24-cv-05260(DEH)(GS)

**DEFAULT JUDGMENT ORDER**

AND NOW, this 19th day of February, 2025, upon consideration of the Motion for the Entry of a Default Judgment against Defendants J&L Construction LLC and Lucy Sanchez, all papers submitted in support thereof and in opposition thereto, and for GOOD CAUSE shown, it is hereby ORDERED that:

~~Judgment be entered on behalf of Plaintiff Alfonso Garcia and as against Defendant J&L Construction LLC in the amount of $_____, and as against Defendant Lucy Sanchez in the amount of $_____, plus pre-judgment interest of $_____ from May 15, 2020 to the date of the entry of judgment, plus post judgement interest at the rate of 9% per annum on the amount of the judgment, until such time as it is paid in full.~~

Judgment is entered on behalf of Plaintiff Alfonso Garcia and against Defendants J&L Construction LLC and Lucy Sanchez. An order of reference to the assigned Magistrate Judge for an inquest after default shall issue separately.

SO ORDERED.

_____
Hon. Dale E. Ho
United States District Judge
New York, New York
Date: February 19, 2025