



Jeremy Feigenbaum, Esq.
Direct Dial: (347) 292-8630
jf@spodeklawgroup.com

November 20, 2025

**BY ECF:**

Hon. Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, NY 10007

**MEMO ENDORSED**

        RE:    *Alfonso Garcia v. J&L Construction, et., al.*
                  1:24-cv-05260-DEH-GS

Dear Judge Stein:

      As this Court is aware, this office represents Plaintiff Alfonso Garcia ("Plaintiff") with respect to the above referenced matter. Our office writes to Your Honor today, pursuant to Your Honor's Individual Rules and Practices 1(G), to request an adjournment of the upcoming appearance, currently scheduled for **December 1, 2025** at 3:00 p.m.

      Specifically, on or about November 18, 2025, Your Honor issued an Order (ECF Dkt. Entry No. 53), directing Plaintiff's counsel to appear to conference with the Court concerning Plaintiff's claim of damages with respect to the instant matter and the default judgment currently pending against all Defendants. Plaintiff's counsel hereby requests adjournment of said scheduled appearance due to the fact that Plaintiff's counsel anticipates traveling back to New York City on or about such date. The travel is due to the Thanksgiving holiday, and that both Plaintiff counsel's in-laws and Plaintiff counsel's own mother live out of state, and counsel will be traveling to see them during said holiday.

      As such, the Plaintiff hereby requests that Your Honor adjourn the December 1, 2025 appearance to a later date. As per Your Honor's Individual Rules and Practices, Plaintiff's counsel would be available to appear (assuming Your Honor prefers a Monday appearance) **December 8, 2025, as well as December 15, 2025.** This is Plaintiff's first request for an adjournment.

      Plaintiff and his counsel thank the Court for its time and attention to this matter.

                    Respectfully Submitted,

                    **SPODEK LAW GROUP, P.C.**

                  _____
                  BY:    Jeremy G. Feigenbaum, Esq.
                         *Attorneys for Plaintiff*



**Jeremy Feigenbaum, Esq.**
Direct Dial: (347) 292-8630
jf@spodeklawgroup.com

233 Broadway, Suite 710
New York, NY 10279
(212) 300-5196

Application granted.  The conference previously scheduled for December 1, 2025 (Dkt. No. 53) is hereby adjourned to December 8, 2025 at 10:30 am.  Counsel shall refer to the Court's prior order for instruction on joining the conference via Microsoft Teams.

SO ORDERED.

Date:   New York, New York
        November 21, 2025

*Gary Stein*

Gary Stein
United States Magistate Judge
Southern District of New York