UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALFONSO GARCIA,

                             Case No. 1-24-cv-05260(DEH)(GS)

               -against-
                              **<u>DEFAULT</u> <u>JUDGMENT</u>**

J&L CONSTRUCTION, LLC et., al.

               Defendants.

-------------------------------------------------------------------X

The Court has reviewed the Report and Recommendations, ECF No. 59, and adopts it in full.  Default judgment with respect to Plaintiff Garcia's fraud claim (First Cause of Action) against Defendant Sanchez, and breach of contract claim (Second Cause of Action) against Defendant J&L Construction is **GRANTED**.  Plaintiff's claims for unjust enrichment (Third Cause of Action) and moneys had and received (Fifth Cause of Action) are **DISMISSED with prejudice**.  Plaintiff's negligence (Fourth Cause of Action)  is **DISMISSED without prejudice**.

Judgment shall be entered on behalf of Plaintiff against Defendant J&L Construction LLC in the amount of $159,000.00, plus post-judgment interest at the federal statutory rate pursuant to 28 U.S.C. § 1961(a).  Judgment shall be entered on behalf of Plaintiff against Defendant Lucy Sanchez in the amount of $25,644.11, plus post-judgment interest at the federal statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk of Court is respectfully directed to terminate the above-captioned case.

SO ORDERED.

Dated: February 24, 2026
New York, New York

Dale E. Ho
United States District Judge